**Order entered January 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01470-CV

**HEALTHSOUTH REHABILITATION HOSPITAL OF RICHARDSON, LLC, Appellant**

**V.**

**JOSEPH RICH, AS NEXT FRIEND FOR JESSE MAE RICH, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00480**

## ORDER

Appellant's brief is past due.  By letter dated January 24, 2019, appellant informed the Court that it will not be filing a brief as the parties are in the process of finalizing a settlement agreement.  We construe appellant's letter as a motion for an extension of time to file a brief. We **GRANT** the motion and **ORDER** appellant to file, by **February 21, 2019,** either its brief or motion to dismiss the appeal.

/s/    KEN MOLBERG
          JUSTICE